

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-61019-CIV-MORENO**

INESTIN PETIT-HOMME,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **July 2, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 23)** on **May 18, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that Petitioner has not filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Accordingly it is,

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 23)** on **May 18, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) the Petition for Writ of Habeas Corpus is DENIED and all other pending motions are

DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record